Sean W. Scoggin, WSB #6-3263
Williams, Porter, Day & Neville, P.C.
702 Randall Avenue
P.O. Box 748
Cheyenne, WY 82003
(307) 637-5575
sscoggin@wpdn.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **ROGER BRAUBURGER,** | ) | |
| | ) | **Case No: 26-CV-268** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| **A Delaware corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## PRAECIPE FOR SUMMONS

---

The Clerk of the above-named Court will issue a Summons for the following persons:

Union Pacific Railroad Company
c/o CT Corporation System
2232 Dell Range Blvd., Suite 200
Cheyenne, WY 82009

Dated this 21st day of September, 2026.

*/s/ Sean W. Scoggin*
Sean Scoggin, WSB #6-3263
Williams, Porter, Day & Neville, P.C.
702 Randall Ave.
P.O. Box 748
Cheyenne, WY 82003
(307) 637-5575
sscoggin@wpdn.net
*Attorney for Plaintiff*