Sean W. Scoggin, WSB #6-3263
Williams, Porter, Day & Neville, P.C.
702 Randall Avenue
P.O. Box 748
Cheyenne, WY 82003
(307) 637-5575
sscoggin@wpdn.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **ROGER BRAUBURGER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br>**A Delaware corporation,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No: 26-CV-268** |

---

**MOTION FOR ADMISSION *PRO HAC VICE* OF FREDRIC A. BREMSETH**

---

**COMES NOW**, Sean W. Scoggin, of Williams, Porter, Day & Neville, P.C., on behalf of Plaintiff, Roger Brauburger, and hereby moves the Court for an Order pursuant to U.S.D.C.L.R. 84.2(b), granting the admission *pro hac vice* to this Court of attorney Frederic A. Bremseth, of Bremseth Law Firm, P.C., to serve as counsel for Plaintiff, Roger Brauburger, in the above-captioned matter, together with Sean W. Scoggin as local counsel.

In support of this motion and pursuant to Local Rule 84.2(b), counsel states as follows:

1. Fredric A. Bremseth is a member with the law firm of Bremseth Law Firm, P.C., 601 Carlson Parkway, Suite 1050, Minnetonka, MN 55305; (952) 475-2800; fbremseth@bremseth.com.

2. I am a member in good standing of the Bar of the State of Wyoming and the Bar of United States District Court for the District of Wyoming.

3. I state and affirm that to the best of my knowledge and belief, Frederic A. Bremseth is an individual and attorney of good moral character and veracity.

4. Mr. Bremseth is in good standing in the bars of Minnesota, Montana, and Colorado as well as State and Federal Courts. He has not been grieved and is not currently facing any disciplinary proceedings in any of these Courts.

5. Mr. Bremseth fully acknowledges that as local counsel, I am required to be fully prepared to represent the client, Roger Brauburger, at any time and in any capacity as may be required in this matter.

6. The Affidavit of Frederic A. Bremseth, in support of this motion, is attached hereto as Exhibit "A."

Wherefore, counsel moves this court to admit Fredric A. Bremseth of Bremseth Law Firm, P.C., as counsel *pro hac vice* in this action.

**DATED** this 28th day of September, 2026.

*/s/ Sean W. Scoggin*
Sean W. Scoggin, WSB #6-3263
Williams, Porter, Day & Neville, P.C.
702 Randall Avenue
P.O. Box 748
Cheyenne, WY 82003
(307) 637-5575
sscoggin@wpdn.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2026, I electronically filed the foregoing with the Clerk of Court using the Next Gen CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Sean W. Scoggin*
Williams, Porter, Day & Neville, P.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

ROGER BRAUBURGER,

Plaintiff,

vs. Case No. 26-CV-268

UNION PACIFIC RAILROAD COMPANY,
A Delaware corporation,

Defendant.

**AFFIDAVIT OF FREDRIC A. BREMSETH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO U.S.D.C.L.R. 84.2(B)**

Comes now, Fredric A. Bremseth, pro hac vice applicant herein states and affirms as follows:

1. I am a member of the firm Bremseth Law Firm, P.C., located at 601 Carlson Parkway, Suite 1050, Minnetonka, Minnesota 55305, Telephone: (952)475-2800, Email: fbremseth@bremseth.com;

2. I have been admitted to practice before the following courts/bars: Minnesota – #11149 (9/29/1978); Montana - #4023 (9/30/1996); Colorado – #41865 (3/9/2010), State and Federal Courts – 1978.

3. I have not been grieved and am in good standing with all these courts and bars. I am not subject to any pending disciplinary proceedings and I have no past sanctions against me in these courts and bars;

4. I hereby affirm that I will comply with and be bound by the Local Rules of the



EXHIBIT
A

United States District Court for the District of Wyoming;

5. I acknowledge that Local Counsel, Sean W. Scoggin, is required to be fully prepared to represent the clients, Plaintiff herein, at any time in any capacity;

6. I acknowledge that I am subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

Dated this 23 day of September, 2026.

Fredric A. Bremseth

State of Minnesota )
)SS
County of Hennepin )

Subscribed and sworn to before me this 23 day of September, 2026 by Fredric A. Bremseth, who proved to me on the basis of satisfactory evidence to be the person who appeared and executed the instrument before me.

WITNESS my hand and official seal.

Notary Public

BARBARA L NAFSTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/30