**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **ROGER BRAUBURGER,** | ) | |
| | ) | **Case No: 26-CV-268** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| **A Delaware corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF FREDRIC A. BREMSETH AS COUNSEL FOR ROGER BRAUBURGER**

**THIS MATTER** having come before the Court upon the motion of counsel for Plaintiff Roger Brauburger pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Fredric A. Bremseth as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Fredric A. Bremseth is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local Counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record, including local counsel.

**IT IS FURTHER ORDERED** that within three (3) business days, Pro Hac Counsel shall obtain E-filing access via PACER and file a Notice of Appearance of Attorney – Pro Hac Vice.

**DATED** this _____ day of _______________, 2026.

_______________________________
Honorable Scott W. Skavdahl
U.S. District Court Judge