FILED

3:55 pm, 9/28/26

Margaret Botkins
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROGER BRAUBURGER,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD,<br>a Delaware corporation,<br><br>Defendants. | Case No. 2:26-CV-00268-SPK |

## ORDER GRANTING ADMISSION PRO HAC VICE OF FREDRIC A. BREMSETH

**THIS MATTER** having come before the Court upon the motion of counsel by Plaintiff, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting Fredric A. Bremseth as Pro Hac Vice counsel in the District of Wyoming. The Court has reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Fredric A. Bremseth is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading, or other paper shall be served on all counsel of record including local counsel.

IT IS FURTHER ORDERED that within three (3) business days, Fredric A. Bremseth shall file a Notice of Attorney Appearance (Pro Hac Vice).

**DATED** this 28th day of September, 2026.



SCOTT P. KLOSTERMAN
CHIEF UNITED STATES MAGISTRATE JUDGE